# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| D.M., a minor, by Bao Xiong, the mother, legal guardian, and next friend of D.M.; and Z.G., a minor, by Joel Greenwald, the father, legal guardian, and next friend of Z.G., | Case No. 18-cv-2140 (PAM/SER) |
| Plaintiffs, | |
| v. | **ORDER** |
| Minnesota State High School League; Erich Martens, in his official capacity as Executive Director of the Minnesota State High School League; Craig Perry, in his official capacity as Associate Director of the Minnesota State High School League; Bob Madison, in his official capacity as Associate Director; and Bonnie Spohn-Schmaltz, in her official capacity as President of the Board of Directors for the Minnesota State High School League, | |
| Defendants. | |

This matter is before the Court on Plaintiff D.M.'s Motion for Next Friend, (ECF No. 2), and Plaintiff Z.G.'s Motion for Next Friend, (ECF No. 3). Each Plaintiff requests to assign their parent and legal guardian as next friends given their status as minors. (ECF Nos. 2, 3).

Under Rule 17, a general guardian may sue on behalf of a minor. Fed. R. Civ. P. 17(c)(1)(A). It is uncontested that Bao Xiong and Joel Greenwald are the guardians of D.M. and Z.G., respectively. Indeed, throughout the preliminary litigation in this

matter—Defendants' answer, Plaintiffs' preliminary injunction motion, the Court's denial of that motion, and Plaintiffs' successful appeal to the Eighth Circuit—the parties and the courts have treated Bao Xiong and Joel Greenwald as next friends of their sons. Furthermore, "when a parent brings an action on behalf of a child, and it is evident that the interests of each are the same, no need exists for someone other than the parent to represent the child's interests under Rule 17(c)." *Gonzalez v. Reno*, 86 F. Supp. 2d 1167, 1185 (S.D. Fla. 2000), *aff'd* 212 F.3d 1338 (11th Cir. 1986). As already noted, no party has contested Plaintiffs' motions and no party has asserted Bao Xiong and Joel Greenwald have interests that conflict with those of their children. Accordingly, Plaintiffs' motions are **GRANTED**.

Date: March 27, 2019                    *s/ Steven E. Rau*
                                         Steven E. Rau
                                         United States Magistrate Judge
                                         District of Minnesota