# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| D.M., a minor, by BAO XIONG, the mother, legal guardian, and next friend of D.M.; and Z.G., a minor, by JOEL GREENWALD, the father, legal guardian, and next friend of Z.G., <br><br> Plaintiffs, <br><br> v. <br><br> MINNESOTA STATE HIGH SCHOOL LEAGUE; BONNIE SPOHN-SCHMALTZ, in her official capacity as President of the Board of Directors for the MINNESOTA STATE HIGH SCHOOL LEAGUE; ERICH MARTENS in his official capacity as Executive Director of the MINNESOTA STATE HIGH SCHOOL LEAGUE; CRAIG PERRY in his official capacity as an Associate Director of the MINNESOTA STATE HIGH SCHOOL LEAGUE; and BOB MADISON in his official capacity as an Associate Director of the MINNESOTA STATE HIGH SCHOOL LEAGUE, <br><br> Defendants. | Case No. 18-CV-2140 (NEB/SER) <br><br><br> ORDER ON MOTION FOR PRELIMINARY INJUNCTION |

Consistent with the decision and opinion of the United States Court of Appeals for the Eighth Circuit dated March 6, 2019 [ECF No. 41], it is hereby ORDERED that Plaintiffs' Motion for a Preliminary Injunction [ECF No. 11] is GRANTED; and it is FURTHER

ORDERED that, while the case is pending, the Defendants are enjoined from enforcing Minnesota State High School League rules that prohibit boys from participating in high school competitive Dance Team.

Dated: April 4, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge