# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| D.M., *a minor, by BAO XIONG, the mother, Legal guardian, and next friend of D.M.*; and Z.G., *a minor, by JOEL GREENWALD, the Father, legal guardian, and next friend of Z.G.*, | Case No. 18-CV-2140 (NEB/SER) |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| MINNESOTA STATE HIGH SCHOOL LEAGUE *in his official capacity as President of the Board of Directors for the Minnesota State High School League*; ERICH MARTENS *in his official capacity as Executive Director of the Minnesota State High School League*; CRAIG PERRY *in his official capacity as an Associate Director of the Minnesota State High School League*; BOB MADISON in his official capacity as an Associate Director of the *Minnesota State High School League*; and BONNIE SPOHN-SCHMALTZ *in her official capacity as President of the Board of Directors for the Minnesota State High School League*, | |
| Defendants. | |

Pursuant to the foregoing Stipulation and Order for Dismissal with Prejudice [ECF Doc. 51] between Plaintiffs D.M., a minor, by BAO XIONG, the mother, Legal guardian, and next friend of D.M.; and Z.G., a minor, by JOEL GREENWALD, the Father, legal guardian, and next friend of Z.G. and Defendants Minnesota State High School League, Bonnie Spohn-Schmaltz, Erich Martens, Craig Perry, and Bob Madison, and all the files, records and proceedings herein, the Court makes the following Order:

1

IT IS HEREBY ORDERED THAT:

1. All claims alleged herein are dismissed with prejudice.

2. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay of entry of judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 3, 2019                                     BY THE COURT:
                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge